840

## 23555. STANFIELD v. GENERAL MOTORS ACCEPTANCE CORPORATION.

BROYLES, C. J. Under the facts of the case as disclosed by the record and recited in the order of the judge dismissing the affidavit of illegality, the striking of the affidavit was not error for any reason assigned.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MARCH 29, 1934.

*D. L. Stanfield,* for plaintiff in error.
*John P. Rabun, H. H. Elders,* contra.